IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| KAY VAN HAUEN, § § *Plaintiffs,* § § V. § § WELLS FARGO BANK, N.A., TRUSTEE § FOR OPTION ONE MORTGAGE LOAN § TRUST 2005-4, ASSET-BACKED § CERTIFICATES, SERIES 2005-4, and § MACKIE, WOLF, ZIENTZ & MANN, § P.C., IN THEIR PROFESSIONAL § CAPACITY ONLY, § § *Defendants.* § | CASE NO. 4:12cv344 Judge Clark/Judge Mazzant |

## ORDER ADOPTING REPORT AND
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On August 16, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations Plaintiff's Motion for Temporary Injunction [Doc. #21] be denied.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiff's Motion for Temporary Injunction [Doc. #21] is DENIED.

So **ORDERED** and **SIGNED** on September  14 , 2012.

_____
Ron Clark
United States District Judge